UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NIXON DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>    Defendant. | Case No. 2:23-cv-00912-GMN-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify his citizenship. *See* Docket No. 10.

Accordingly, Plaintiff must file an amended certificate of interested parties by June 27, 2023, fully identifying his citizenship.

IT IS SO ORDERED.

Dated: June 20, 2023

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1