Jack P. Burden, Esq.
Nevada State Bar No. 6918
Dallin Knecht, Esq.
Nevada State Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIXIO DUARTE, an individual, | 2:23-cv-00912-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC, d/b/a ALBERTSON'S, a Foreign Limited Liability Company; DOES I-V; and ROE CORPORATIONS VI-X, inclusive | |
| Defendants. | |

Plaintiff NIXIO DUARTE, by and through his counsel of record Craig W. Drummond, Esq., Liberty A. Pardee, Esq. and Joseph A. Tutone, Esq. of DRUMMOND LAW FIRM and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., and Dallin Knecht, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: NOV. 2, 2023              DATED: NOV. 2, 2023

**BACKUS | BURDEN**               DRUMMOND LAW FIRM

/s/ *Dallin Knecht*                /s/ *Liberty A. Pardee*
Jack P. Burden, Esq.               Craig W. Drummond, Esq.
Dalliln Knecht, Esq.               Liberty A. Pardee, Esq. Joseph A. Tutone, Esq.
3050 South Durango Drive           3325 West Sahara Avenue
Las Vegas, Nevada 89117            Las Vegas, NV 89102
(702) 872-5555                     T: 702.366.9966 - F: 702.508.9440
(702) 872-5545                     Craig@DrummondFirm.com
jburden@backuslaw.com              Liberty@DrummondFirm.com
dallinknchtbackuslaw.com           Joey@DrummondFirm.com
*Attorneys for Defendant Albertson's LLC*   *Plaintiff Nixio Duarte*

### ORDER - 2:23-cv-00912-GMN-NJK

The parties have stipulated and agree to the dismissal of Defendant Albertson's LLC in this matter as set forth in the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

DATED this 6 day of November, 2023

U.S. DISTRICT COURT JUDGE